James S. Berg (WSBA #7812)
Larson Berg & Perkins PLLC
Attorneys for Plaintiff
P.O. Box 550
Yakima, WA  98907
Phone:  (509) 457-1515
Fax:  (509) 249-0619
Email:  jsberg@lbplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ServiceMaster Residential/ Commercial Services, L.P., | CASE NUMBER: CV-08-3018-LRS |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Easy Clean, Inc., Summer D. Lydin, Diamond Pro Cleaning and Maintenance and Jason Miller, | |
| Defendants. | |

This matter came on before the Court upon the Stipulation of all parties, Ct. Rec. 69, agreeing to dismiss this action with prejudice. Based upon that Stipulation and the other filings herein:

**IT IS HEREBY ORDERED:**

1)    The above-entitled action be dismissed as it relates to all claims, defenses, counterclaims and third-party

ORDER FOR DISMISSAL       1

**LARSON BERG & PERKINS PLLC**
105 North 3rd Street
P.O. Box 550
Yakima, WA  98907
(509) 457-1515
(509) 249-0619 (fax)

|  |  |
|---|---|
| | claims filed by any party, with prejudice, each party to bear its own costs and expenses; |
| 2) | Notwithstanding the above, the Court shall retain jurisdiction over the case and parties for the purposes of enforcing the terms of the Settlement Agreement reached between the parties. Upon application of either party, and where otherwise authorized by applicable law, the Court shall enter such orders as may be necessary to give force and effect to the parties' Settlement Agreement. |

Dated this 5th day of June, 2008

    s/Lonny R. Suko
_____
    United States District Judge

GP:2383271 v1

**ORDER FOR DISMISSAL**  2

**LARSON BERG & PERKINS PLLC**
105 North 3rd Street
P.O. Box 550
Yakima, WA  98907
(509) 457-1515
(509) 249-0619 (fax)